

# The Rollins Law Firm, PLLC

## INVOICE

Invoice # 7918
Date: 05/14/2025
Due On: 06/13/2025

P.O. Box 13767
Jackson, MS 39236

Mirian Naomi Foster

## 05200-Foster Mirian Naomi

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 08/19/2024 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 08/19/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for attorney and expense fees; drafted Application for Compensation; drafted email memo to TR re: review Application for Compensation | 0.30 | $0.00 | $0.00 |
| Service | KR | 08/19/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Notice, the Application and the invoice for upload to Certificate of Service | 0.10 | $0.00 | $0.00 |
| Service | KR | 08/19/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | KR | 08/19/2024 | Drafted Amended F, Matrix with signatures in Best Case; drafted Notice of Amendments to Creditors; drafted email memo to JAC re: review amended schedules to add the debts with Care Fund and Citizens Bank | 0.20 | $155.00 | $31.00 |
| Service | JAC | 08/20/2024 | review & approve drafted amendments & notice | 0.20 | $360.00 | $72.00 |

Page 1 of 4

Invoice # 7918 - 05/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 08/20/2024 | Review email from Attorney: Reviewed email memo from JC re: Amended F; prepared the Amended Schedule F, the Amended Matrix and the Notice of Amendments for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | BB | 08/20/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed NDC website and confirmed the trustee is receiving the wage order payments. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 09/04/2024 | Review: Proof of Claim 24-01543-JAW Quantum3 Group LLC as agent for Document # 7 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 09/12/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/16/2024 | Review: 24-01543-JAW Order on Application for Compensation Document# 20 | 0.10 | $0.00 | $0.00 |
| Service | TR | 09/17/2024 | Review docket for confirmation hearing - no issues to resolve | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/20/2024 | Review: 24-01543-JAW Order Confirming Chapter 13 Plan Document# 26 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/24/2024 | Review email from TT re: amended wage order | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/24/2024 | Review: 24-01543-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 30 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/27/2024 | Review: 24-01543-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 32 | 0.10 | $0.00 | $0.00 |
| Service | TR | 05/12/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/14/2025 | Reviewed court docket for previous order and invoice filed; drafted 1st part of the Application and Lodestar using totals from the previous order and invoice; reviewed the Trustee's website to verify amount of attorney fees disbursed | 0.40 | $155.00 | $62.00 |
| | | | | **Services Subtotal** | | **$458.00** |

Invoice # 7918 - 05/14/2025

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/19/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $35.52 | $35.52 |
| Expense | 08/20/2024 | Adding New Debt: Filing fee for adding Care Fund and Citizens Bank to the plan | 1.00 | $34.00 | $34.00 |
| Expense | 05/14/2025 | Estimated Mailing Expense for 2nd Application for Compensation (certificateofservice.com) | 1.00 | $3.50 | $3.50 |
| | | | | **Expenses Subtotal** | **$73.02** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.4 | $360.00 | $144.00 |
| Jennifer Curry Calvillo | Attorney | 0.1 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.5 | $360.00 | $180.00 |
| Thomas Rollins | Attorney | 0.3 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kerri Rodabough | Non-Attorney | 0.8 | $155.00 | $124.00 |
| Kerri Rodabough | Non-Attorney | 0.6 | $0.00 | $0.00 |
| | | | **Subtotal** | **$531.02** |
| | | | **Total** | **$531.02** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6807 | 09/18/2024 | $4,161.30 | $0.00 | $4,161.30 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7918 | 06/13/2025 | $531.02 | $0.00 | $531.02 |
| | | | **Outstanding Balance** | **$4,692.32** |

Invoice # 7918 - 05/14/2025

**Total Amount Outstanding**      **$4,692.32**

5/14/25, 4:59 PM                                                                      Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?    `7`    pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?    `1`    parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.    `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.    `1`

**Disclaimer & User Agreement:**

```
        By clicking on the 'Get Estimate' button below,
you (hereafter "User") agree to the following terms and
conditions. This quote is for estimation purposes and is not a
guarantee of cost for services. Quote is based on current
information from User about the mailing project requirements. It
does not constitute a review by BK Attorney Services, LLC for
pricing on the actual cost of mailing a particular project. Many
factors may or may not be known at the time of obtaining the
estimate.  Changes in addresses, changes in documents,
international mail costs and other factors all influence the
```

[ Get Estimate! ]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 3.5 |  |
| Date and Time: | Wed May 14 2025 16:59:12 GMT-0500 (Central Daylight Time) |  |
| Total Pages to Print: | 7 |  |
| Sheets Per Envelope | 3.5 |  |
| First Class Postage Rate | $ 0.73 |  |
| Print Rate: | $ 0.19 |  |
| Printing Cost: | $ | 1.33 |
| Postage Cost: | $ | 0.73 |
| Total Cost: | $ | 3.50 (Minimum Charge) |

[ Print This Estimate ]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED