IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Mirian Naomi Foster, Debtor                   Case No. 24-01543-JAW
                                                                          CHAPTER 13

**SECOND ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B**

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---:|---:|---:|---:|---:|
| $4,147.50 | $13.80 | $4,161.30 | 20 | 09/13/2024 |
| $458.00 | $73.02 | $531.02 | n/a | n/a |
| $4,605.50 | $86.82 | $4,692.32 | | |



# INVOICE

Invoice # 6807
Date: 08/19/2024
Due On: 09/18/2024

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Mirian Naomi Foster
1042 Hwy 481 N
Morton, MS 39117

### 05200-Foster Mirian Naomi

### CH 13 hourly - Mirian (2nd case with us)

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 12/26/2023 | Contact Debtor (Text/Email): Telephone conference with debtor; requested her social security number and full name to run her credit report | 0.10 | $150.00 | $15.00 |
| Service | KR | 01/02/2024 | Contact Debtor (Text/Email): Reviewed credit report and selected debts to import/exclude; drafted email to debtor attaching credit report for debtor's review and reference. | 0.20 | $150.00 | $30.00 |
| Service | BB | 01/05/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed debtors credit report in search of student loans. No loans were found. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/05/2024 | Contact Debtor (Text/Email): Drafted email introducing myself to the debtor and inquiring after documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 01/08/2024 | Contact Debtor (Text/Email): Phone conference with debtor with questions about her credit report and about what documents we need for filing. Drafted email memo to kr about credit report question. | 0.10 | $100.00 | $10.00 |
| Service | KR | 01/08/2024 | Contact Debtor (Text/Email): Reviewed message from debtor requesting a call back concerning questions she had about her credit report; called debtor left message letting her know to call me back so we can answer her questions she had | 0.10 | $155.00 | $15.50 |

Invoice # 6807 - 08/19/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | AA | 01/17/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she will be able to schedule appointment for tomorrow to bring in documents needed to file. | 0.10 | $100.00 | $10.00 |
| Service | AA | 01/17/2024 | Contact Debtor (Text/Email): Drafted text to debtor with confirmation of time and date of appointment fto bring in documents. | 0.10 | $100.00 | $10.00 |
| Service | AA | 01/17/2024 | Contact Debtor (Text/Email): Set appointment for debtor. | 0.10 | $100.00 | $10.00 |
| Service | AA | 01/25/2024 | Review and organize documents provided by debtor: Reviewed and help debtor complete general info packet organized 2 months banks statements, 6 months pay stubs, and driver license. Provided debtor with documents thats missing needed to file. | 0.30 | $100.00 | $30.00 |
| Service | BM | 01/25/2024 | Initial review of all documents: Information packet, pay stubs, bank statements, drivers license | 0.30 | $100.00 | $30.00 |
| Service | AA | 02/01/2024 | Contact Debtor (Text/Email): Drafted email and attempted to call if missing documents needed to file, no answer left voicemail. | 0.20 | $100.00 | $20.00 |
| Service | AA | 02/01/2024 | Contact Debtor (Text/Email): Debtor called returning miss call advised debtor of email sent requesting missing documents. | 0.10 | $100.00 | $10.00 |
| Service | AA | 02/06/2024 | Contact Debtor (Text/Email): Phone conference with debtor checking status of missing documents required to file, stated she is finishing up gathering today, appointment set for tomorrow. Drafted reminder text with missing documents | 0.20 | $100.00 | $20.00 |
| Service | AA | 02/07/2024 | Review and organize documents provided by debtor: Conference with debtor reviewed and organized 4 four months of bank statement, 3 months of pay stubs, social security card, and assistance with missing pages in general information packet; merged to 3 existing documents for filing. | 0.30 | $100.00 | $30.00 |
| Service | BM | 02/07/2024 | Call from debtor asking when the garnishment will be stopped on her paycheck, I explained that the bankruptcy case has to be filed before it can be stopped. | 0.10 | $100.00 | $10.00 |
| Service | BM | 02/08/2024 | Final review of documents, determined we are missing some information on a mobile home and tax returns | 0.30 | $100.00 | $30.00 |

Invoice # 6807 - 08/19/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | AA | 02/09/2024 | Review and organize documents provided by debtor: Reviewed and organized 2021 & 2022 tax return; merged into existing files. | 0.10 | $100.00 | $10.00 |
| Service | AA | 02/12/2024 | Contact Debtor (Text/Email): Phone conference with debtor to verify if the land was in her name; she stated no it was left behind for family. | 0.10 | $100.00 | $10.00 |
| Service | AA | 02/14/2024 | Contact Debtor (Text/Email): Called debtor requesting emergency contacts; merged into file. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/20/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR | 0.40 | $360.00 | $144.00 |
| Service | JAC | 02/20/2024 | prepare matrix for ∆ to review | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/21/2024 | Contact Debtor (Text/Email): Drafted email to debtor with a list of creditors to review for filing | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/22/2024 | Input Case - started to prepare schedule A/B. Missing information on heir property debtor had in prior case. Sent task to aa to get that information | 0.20 | $360.00 | $72.00 |
| Service | AA | 02/23/2024 | Contact Debtor (Text/Email): Phone conference with debtor to verify property, she stated the property/land was not her property, it was inherited in the family. It still has her mother name listed on it. | 0.10 | $100.00 | $10.00 |
| Service | AA | 02/27/2024 | Contact Debtor (Text/Email): Attempted to call debtor to verify property ownership from previous case; Drafted text to return call. | 0.20 | $100.00 | $20.00 |
| Service | BB | 02/27/2024 | Contact Debtor (Text/Email): Phone conference with debtor asking for aa. Drafted email memo to aa. | 0.10 | $100.00 | $10.00 |
| Service | AA | 02/27/2024 | Contact Debtor (Text/Email): Phone conference with debtor verifying if she own property on prior case, she stated they all went to court among the properties and they were split between her son niece and sister. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/12/2024 | Input Case - prepare schedules, sofa. Calculate income for MT & schedule I | 0.80 | $360.00 | $288.00 |
| Service | AA | 03/12/2024 | Contact Debtor (Text/Email): Called ∆ informed her of february documents needed for filing; she stated she will submit information as soon as possible. | 0.10 | $100.00 | $10.00 |

| Service | BB | 03/13/2024 | Contact Debtor (Text/Email): Phone conference with debtor inquiring what our fax number is. Provided requested information. | 0.10 | $100.00 | $10.00 |
|---|---|---|---|---|---|---|
| Service | AA | 03/13/2024 | Contact Debtor (Text/Email): Attempted to called debtor to inform her I received her fax, but only one pay stubs was available for February; Drafted text informing debtor of missing pay stubs. | 0.20 | $100.00 | $20.00 |
| Service | AA | 03/13/2024 | Review and organize documents provided by debtor: Reviewed and organized bank statement and pay stub; merged into existing documents for filing. | 0.20 | $100.00 | $20.00 |
| Service | AA | 03/15/2024 | Incoming Call: Phone conference with debtor calling to verify documents sent; informed debtor of bank statement for cash app, and last pay stub for February. She stated she will get it emailed to me today. | 0.20 | $100.00 | $20.00 |
| Service | AA | 03/18/2024 | Incoming Call: Phone call from debtor verifying if I received her emailed with documents this morning advised debtor I have not received a email. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/19/2024 | Review and organize documents provided by debtor: Reviewed several emails from debtor with a paystub that we already have and a cashapp statement. Reviewed, merged, and organized cashapp document into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/25/2024 | Incoming Call: Phone conference with debtor inquiring about more information on the difference between the chapters and why it is recommended that she file a chapter 7. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/02/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting March bank statements and pay stubs | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/03/2024 | Incoming Call: Telephone conference with debtor requesting the balance for filing her chapter 7; provided the amount; she is still trying to come up with the funds | 0.10 | $155.00 | $15.50 |
| Service | KAR | 04/17/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting March bank statements and pay stubs | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/26/2024 | Review and organize documents provided by debtor: Reviewed multiple emails from an unknown contact - email contained March pay for debtor; reviewed, merged, | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and organized additional pay | | | |
| Service | BB | 04/26/2024 | Incoming Call: Phone conference with debtor confirming that we received her documents and processed her payment. | 0.20 | $100.00 | $20.00 |
| Service | KAR | 05/07/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting April bank and pay | 0.20 | $100.00 | $20.00 |
| Service | KAR | 05/09/2024 | Incoming Call: Telephone conference with debtor to discuss the requested April documents: debtor stated that she thought she already submitted April - I told her she had not submitted anything for April; she asked what I needed - I told her March and April cashapp statements, April priority statement, and April pay stubs - debtor said she would get them to me | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/15/2024 | Incoming Call: Telephone conference with debtor regarding her bill and payments as well as when she would go to court for her BK; explained that I would find out information on her payments and get back to her and let her know that once we have all of her documents the attorney will start input, eventually she will have a signing with the attorney then she would get a case number to give to her creditors | 0.20 | $100.00 | $20.00 |
| Service | KAR | 05/15/2024 | Call Debtor: Telephone conference with debtor to discuss her payment plan and timeline for payments | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/22/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized additional bank and pay provided by debtor via email | 0.40 | $100.00 | $40.00 |
| Service | KAR | 05/22/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting last page of April Cashapp and all of April pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/29/2024 | Incoming Call: Telephone conference with debtor stating that she received a letter of default and wanted to know what she should do. Requested that the debtor email me a copy of the letter | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/29/2024 | Review and organize documents provided by debtor: Reviewed, converted from jpeg to pdf, merged, and organized additional pay as well as a Notice of default provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 05/29/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting pay for 5/24, last pay | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | of April cashapp, and May priority one statement | | | |
| Service | KAR | 06/05/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting pay for 5/24, Cashapp for May, and the last page of her April Cashapp statement | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/07/2024 | Incoming Call: Telephone conference to discuss the documents I still need from her; let debtor know I need her pay stub for 5/24 and her Priority one May statement - debtor said she would get those documents to me today | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/07/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized remaining May pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/07/2024 | Contact Debtor (Text/Email): Drafted text to debtor letting her know that the pages she emailed for her bank statement were for March and April, but that I needed May | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/07/2024 | Review and organize documents provided by debtor: Reviewed and organized May Priority One bank statements provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/10/2024 | review clio memo re: ∆ paid in full | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/11/2024 | Update means test with current income, update I/J with current income, add AF's to SOFA | 0.30 | $360.00 | $108.00 |
| Service | BM | 06/11/2024 | Drafted and emailed Ch 7 Pre Petition Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/11/2024 | Incoming Call: Call from debtor with questions about the Ch 7 Pre Petition fee agreement, addressed all questions. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/12/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | JAC | 06/12/2024 | review clio memo re: ∆ scheduled for signing appt | 0.10 | $360.00 | $36.00 |
| Service | KAR | 06/12/2024 | Review email from debtor: Reviewed email from debtor containing court documents; drafted forward email to Jen | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/13/2024 | review chancery court order. Draft email to TR | 0.20 | $360.00 | $72.00 |
| Service | KAR | 06/14/2024 | Call Debtor: Telephone conference with | 0.10 | $100.00 | $10.00 |

Invoice # 6807 - 08/19/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor to discuss the status of her work managing rental trailers; debtor stated that she no longer manages or has the trailers - she stated that all of the property that was inherited after her father died was separated and she only has her 5 acres and nothing else | | | |
| Service | JAC | 06/17/2024 | review clio memo re: trailer park $$$ | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/24/2024 | Calcualte plan payment, draft & email tc updates based on liquidation after adding ∆s heir property | 0.20 | $360.00 | $72.00 |
| Service | KAR | 06/25/2024 | Call Debtor: Reviewed voicemail from debtor requesting a call back for an update on her case; Telephone conference with debtor letting her know that the attorney was currently reviewing some information for her file, but that besides that I did not have any other update - let debtor know that I would be emailing her June documents | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/25/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting June bank and pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/27/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting June bank and pay | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/28/2024 | Call w/ client to discuss income for ch 13 filing | 0.20 | $360.00 | $72.00 |
| Service | JAC | 06/28/2024 | review email from TR, update MT and I/J with income & expenses | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/01/2024 | review email from TR re: scheduling ∆. Send task to BM to get scheduled | 0.20 | $360.00 | $72.00 |
| Service | BM | 07/01/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/01/2024 | Contact Debtor (Text/Email): Drafted text requesting June pay stubs. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/01/2024 | Reviewed email from debtor containing images of her June bank, pay, and a debt collection notice; attempted to convert images from jpeg to pdf, but the images were too small and were blurry when I increased the size of the images; reviewed converted, merged, and organized June pay for 6/1 | 0.20 | $100.00 | $20.00 |
| Service | KAR | 07/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting that she scan and | 0.10 | $100.00 | $10.00 |

| | | | resend her June pay for 6/21, her June bank, and the debt collection notice | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 07/01/2024 | Review and organize documents provided by debtor: Reviewed and organized remaining June pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/02/2024 | Prepare Ch 13 Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/03/2024 | Conference w/ client to review and revise petition, schedules, statements and plan | 0.40 | $360.00 | $144.00 |
| Service | JAC | 07/03/2024 | prepare & send ∆ final bk papers to review & sign | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/03/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | JAC | 07/03/2024 | Send Debtor(s) text with the case number | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/05/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying.: Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying. | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/05/2024 | Contact Debtor (Text/Email): Reviewed plan for plan payments; drafted email to debtor with their plan payment details and information on what to do/expect after filing | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/09/2024 | Review and respond to email from TT re: liquidation analysis | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/10/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $360.00 | $108.00 |
| Service | JAC | 07/10/2024 | Review: 24-01543-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/10/2024 | Review: Proof of Claim 24-01543-JAW REGIONAL MANAGEMENT CORPORATION Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/10/2024 | Reviewed Meeting of Creditors; created task for VM to collect the Trustee documents | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/10/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for | 0.20 | $155.00 | $31.00 |

|   |   |   | upload to CertificateofService.com. |   |   |   |
|---|---|---|---|---|---|---|
| Expense | BB | 07/10/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $13.80 | $13.80 |
| Service | BB | 07/10/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/10/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | VM | 07/10/2024 | Call Debtor: Reviewed documents in Bestcase to determine what was needed for Meeting of Trustee. Reviewed documents and continued to upload in Trustee folder. Discovered I was missing June statements so I gave debtor a call to inform her I need those as soon as possible. | 0.40 | $100.00 | $40.00 |
| Service | JAC | 07/11/2024 | Review: 24-01543-JAW Order Upon Employer Directing Deductions from Pay Document #11 | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/11/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring after clarification on how they would like to attend their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/12/2024 | Review and organize documents provided by debtor: Reviewed and organized June cashapp and July Priority bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/12/2024 | Contact Debtor (Text/Email): Drafted email and text to debtor informing her that we need her June Priority statement and that she sent the July statement - requested that she send the June statement as soon as possible | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/12/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring after clarification on how they would like to attend their meeting of creditors due to the debtor being non responsive. | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/12/2024 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor determining she would like to attend her meeting of creditors in office. Scheduled to our calendar. Debtor is inquiring how much | 0.30 | $100.00 | $30.00 |

Invoice # 6807 - 08/19/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | her chapter 13 is. Drafted email memo to kr. | | | |
| Service | BB | 07/12/2024 | Contact Debtor (Text/Email): Debtor requested information on her chapter 13 and her payments. Researched that answers to her questions in Best Case. Drafted text to debtor with information on her payments and how they will be paid and that she will need to pay until her wage order starts | 0.30 | $100.00 | $30.00 |
| Service | JAC | 07/15/2024 | Review: Proof of Claim 24-01543-JAW Republic Finance, LLC Document # 2 | 0.20 | $360.00 | $72.00 |
| Service | VM | 07/16/2024 | Call Debtor: Phone conference with debtor to inform her with what statement we are needing. Sent debtor a text message as well. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/17/2024 | Call Debtor: Reviewed statements debtor sent through fax, determined they are the wrong statements needed. Had a phone conference with her to update her, she also requested I sent her Credit Counseling Course instructions. | 0.20 | $100.00 | $20.00 |
| Service | KR | 07/17/2024 | Reviewed letter from NBS requesting the insurance and the mileage from the 2024 Toyota Rav 4; merged letter into Correspondence folder; created task for VM to get the information and the document | 0.10 | $155.00 | $15.50 |
| Service | VM | 07/18/2024 | Call Debtor: Phone conference with debtor regarding needed documents | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/19/2024 | Call Debtor: Attempted to call debtor regarding needed documents | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/19/2024 | Incoming Call: Debtor called me back to update me regarding documents I needed. Also informed me about her wage order. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/24/2024 | Review and organize documents provided by debtor: Received documents debtor sent, updated documents needed, still missing documents so I attempted to call debtor so I left a voicemail and sent a text message. | 0.30 | $100.00 | $30.00 |
| Service | BB | 07/25/2024 | Reviewed several faxes from debtor. Forwarded them to vm. | 0.10 | $100.00 | $10.00 |
| Service | KR | 07/30/2024 | Review and organize documents provided by debtor: Reviewed faxes from debtor with 55 pages of tax documents and an insurance document; organized all pages; | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | merged with existing Trustee documents; reviewed all documents received; created list of missing tax documents; updated VM task to get the MS State taxes for 2023 and the declaration page for her insurance listing the creditor as the lien holder and loss payee | | | |
| Service | VM | 07/31/2024 | Call Debtor: Phone conference with debtor to inquire about missing documents needed. debtor informed me she attempted to send documents her agent provided for her. She gave me her agents number so that I could call her. No response so I left a voicemail | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/31/2024 | Contact Debtor (Text/Email): Sent debtor a text, regarding updated tax return needed. | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/31/2024 | Incoming Call: Debtor called to notify me that she had received my text and that she will send document soon | 0.10 | $100.00 | $10.00 |
| Service | VM | 08/01/2024 | Review email from debtor: Reviewed and updated declaration page for insuracne | 0.10 | $100.00 | $10.00 |
| Service | VM | 08/02/2024 | Reviewed documents debtor faxed over to us, none were the right documents I needed. | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/02/2024 | Incoming Call: Telephone conference with debtor about a creditor being listed on the Matrix; Citizens Pay; reviewed Matrix; not listed; she will get the information to add the debt; reviewed process of adding debt | 0.10 | $155.00 | $15.50 |
| Service | VM | 08/02/2024 | Incoming Call: Debtor called to speak with KR, but while I had her on the phone I discussed with her about the incorrect documents she sent over, she said she will send the correct ones. Transferred to KR | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/05/2024 | Review and organize documents provided by debtor: Organized and prepared the bank statements, pay advices, taxes and identification for upload to the Trustee's website for the Meeting of Creditors | 0.30 | $155.00 | $46.50 |
| Service | VM | 08/05/2024 | Call Debtor: Phone conference with KR to inform her debtor cannot find tax return needed, KR informed me of next step. Phone conference with debtor to inform her of needing document | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/05/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the | 0.10 | $155.00 | $15.50 |

|  |  |  | Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court |  |  |  |
|---|---|---|---|---|---|---|
| Service | KR | 08/06/2024 | Reviewed insurance documents requested by NBS; drafted fax to NBS with the mileage and the insurance documents | 0.20 | $155.00 | $31.00 |
| Service | JAC | 08/06/2024 | Review: Proof of Claim 24-01543-JAW Toyota Motor Credit Corporation Document # 3 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 08/06/2024 | Review: Proof of Claim 24-01543-JAW Resurgent Receivables, LLC Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/06/2024 | Review: Proof of Claim 24-01543-JAW MERRICK BANK Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/06/2024 | Review email from TT re: needing better copy of SS Card - sent instructions to staff | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/06/2024 | Reviewed email from the Trustee's office requesting a legible copy of her social security care; created task for legal assistant to get | 0.10 | $155.00 | $15.50 |
| Service | VM | 08/06/2024 | Call Debtor: Spoke with debtor about needed documents for meeting with trustee, sent text message as well | 0.20 | $100.00 | $20.00 |
| Service | VM | 08/06/2024 | Reviewed and updated social security card image. | 0.10 | $100.00 | $10.00 |
| Service | VM | 08/07/2024 | Call Debtor: Phone conference with debtor about missing document, debtor informed me of new information, I updated task and sent a memo to KR. | 0.20 | $100.00 | $20.00 |
| Service | KR | 08/07/2024 | Prepared the legible copy of the social security card for upload to the Trustee's website for the Meeting of Creditors | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/12/2024 | Review: Proof of Claim 24-01543-JAW Merit Health Madison Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | VM | 08/13/2024 | Directed Ms. Foster through Jackson roads to ensure she gets to our office safely. | 0.30 | $100.00 | $30.00 |
| Service | KR | 08/14/2024 | Incoming Call: Telephone conference with debtor about creditors that she might need to add; reviewed court docket for the Matrix; reviewed the creditors listed; drafted email to debtor with the Matrix for her to review | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/15/2024 | Review email from debtor: Reviewed email from debtor with the pictures of the debts that she has with care fund and Citizens | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Pay; merged into review to add documents in clio; drafted email to debtor requesting the address for Citizens Pay | | | |
| Service | KR | 08/15/2024 | Review email from debtor: Reviewed email from debtor with a document with the information for Citizens Bank; merged document with existing bills; drafted email memo to JAC re: review added debt | 0.20 | $155.00 | $31.00 |
| Service | TR | 08/15/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/15/2024 | review & approve debts ∆ wishes to add to case | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/16/2024 | Reviewed email from JAC re: adding debts; drafted amended F and amended Matrix in best case adding the 2 debts for Care Credit and Citizens Bank; drafted email to debtor with the amended F and Matrix to sign | 0.30 | $155.00 | $46.50 |
| Service | TR | 08/19/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 5.5 | $360.00 | $1,980.00 |
| Thomas Rollins | Attorney | 1.2 | $360.00 | $432.00 |
| Adreanna Aldairiah | Non-Attorney | 2.9 | $100.00 | $290.00 |
| Brooke Brueland | Non-Attorney | 1.9 | $100.00 | $190.00 |
| Vanessa Martinez | Non-Attorney | 2.8 | $100.00 | $280.00 |
| Breanne McDaniel | Non-Attorney | 1.1 | $100.00 | $110.00 |
| Kirsten Raimey | Non-Attorney | 3.4 | $100.00 | $340.00 |
| Kerri Rodabough | Non-Attorney | 3.1 | $155.00 | $480.50 |
| Kerri Rodabough | Non-Attorney | 0.3 | $150.00 | $45.00 |
| | | | Total | $4,161.30 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6807 | 09/18/2024 | $4,161.30 | $0.00 | $4,161.30 |
| | | | **Outstanding Balance** | **$4,161.30** |
| | | | **Total Amount Outstanding** | **$4,161.30** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.